

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

RPI Denton Center, Ltd., Appellant

No. 06-13-00035-CV        v.

Troy Brown and Albert Smith, Appellees

Appeal from the 367th District Court of Denton County, Texas (Tr. Ct. No. 2012-50206-367). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

     As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

     We further order that the appellant, RPI Denton Center, Ltd., pay all costs of this appeal.

RENDERED OCTOBER 1, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk